JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BARTKO, an individual; on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware Corporation; and DOES 1 to 100,<br><br>Defendants. | Case No. CV12-00986 JVS (MLGx)<br>Hon. James V. Selna<br><br>**JUDGMENT FOLLOWING JURY TRIAL IN A CIVIL CASE** |

This action came before the Court for a trial by jury. The issues have been tried, and the jury rendered its verdict with a Special Verdict form dated May 9, 2013. Attached hereto and incorporated herein as <u>Exhibit A</u> is a true and correct copy of the Special Verdict form (with the signature of the Presiding Juror redacted), which was filed in this action on May 9, 2013.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to the Special Verdict form dated May 9, 2013, judgment is entered in favor of Defendant Fidelity National Financial, Inc. and against Plaintiff Robin Bartko as to each claim asserted in the Complaint; and

LA:142981.1

2. Defendant Fidelity National Financial, Inc. is entitled to recover from Plaintiff Robin Bartko its costs in accordance with applicable law.

**IT IS SO ORDERED.**

Dated: May 21, 2013

JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE